IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREN LAVON SMILEY, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:20-CV-175-WKW |
| | ) [WO] |
| GWENDOLYN GIVENS and STEVEN T. MARSHALL, | ) |
| Respondents. | ) |

# **ORDER**

On July 14, 2022, the Magistrate Judge entered a Recommendation (Doc. # 12) to which no timely objections have been filed. Upon an independent review of the record, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 12) is ADOPTED.

2. Petitioner's petition for writ of habeas corpus (Doc. # 1) is DENIED.

3. This action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 8th day of August, 2022.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE