IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARREN LAVON SMILEY,           )
                               )
        Petitioner,            )
                               )
v.                             )        CASE NO. 2:20-CV-175-WKW
                               )               [WO]
GWENDOLYN GIVENS and           )
STEVEN T. MARSHALL,            )
                               )
        Respondents.           )

## **ORDER**

On July 14, 2022, the Magistrate Judge filed a Recommendation (Doc. # 12), recommending dismissal of this action with prejudice and ordering that any objections be filed by July 28, 2022.  No party filed a timely objection, and on August 8, 2022, the recommendation was adopted and this action was dismissed with prejudice.  (Docs. # 13, 14.)  A week later on August 15, 2022, Petitioner's objection was received.  The objection contains a motion for extension of time. (Doc. # 15.)

It is ORDERED that Petitioner's motion for extension of time to file an objection (Doc. # 15) is GRANTED.  Having reviewed the objection and having conducted a *de novo* review of the record, the court concludes that the Magistrate Judge's recommendation is correct.

It is therefore ORDERED:

1.     The Order (Doc. # 13) and Final Judgment (Doc. # 14) entered on

August 8, 2022, are VACATED;

2.     Petitioner's objection (Docs. # 15) is OVERRULED;

3.     The Recommendation (Doc. # 12) is ADOPTED; and

4.     This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 19th day of August, 2022.

                    /s/   W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE